**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Julie Janae Wright** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1072 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Utah** <br> Case number:   **21–24106   KRA** | | Date case filed for chapter **13:   9/23/21** |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov). Case status information is available at no charge through "Simple Case Lookup" on the court's website (www.utb.uscourts.gov) or by calling the Voice Case Information System (VCIS) at 1–866–222–8029.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Julie Janae Wright | |
| 2. | **All other names used in the last 8 years** | fka Julie Colomb | |
| 3. | **Address** | 755 West 600 North, #8 <br> Lindon, UT 84042 | |
| 4. | **Debtor's attorney** <br> Name and address | Michael Watton <br> Watton Law Group <br> 301 West Wisconsin Avenue <br> 5th Floor <br> Milwaukee, WI 53203 | Contact phone (414) 273–6858 <br><br> Email: ahermann@wattongroup.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Lon Jenkins tr <br> 405 South Main Street <br> Suite 600 <br> Salt Lake City, UT 84111 | Contact phone (801) 596–2884 <br><br> Email: utahtrusteemail@ch13ut.org |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court <br> District of Utah <br> 350 South Main #301 <br> Salt Lake City, UT 84101 <br><br> Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday <br><br> Contact phone: (801) 524–6687 <br><br> Website: www.utb.uscourts.gov |

Official Form 309I   Notice of Chapter 13 Bankruptcy Case   page 1
Date Generated: 9/29/21   For more information, see page 2 >

Debtor **Julie Janae Wright**              Case number **21–24106**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.<br><br>All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | Meeting to be held on:<br>**Oct. 29, 2021** at **10:00 AM**<br><br>Location:<br>**405 South Main Street, Suite 250, Salt Lake City, UT 84111 (See Attached Notice for Instructions)** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/28/21** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/2/21** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/22/22** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan and confirmation hearing on docket** | The debtor has filed a plan.<br>The hearing on confirmation will be held on: **12/7/21** at **02:00 PM**<br>Location: **Dial: (636) 651–3182 Ten Min Before Hrg, Access Code: 6001201#, KRA Teleconference Line** | |
| **Objections to Confirmation** | Objections to confirmation must be filed and served no later than 7 days before the date set for confirmation. If there are no timely filed objections to confirmation pending or if all objections to confirmation are resolved by a court order or a stipulation signed by the debtor, the trustee and the objecting party, a plan may be confirmed without objection, and the hearing stricken. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

# NOTICE – PLEASE READ

**In an effort to contain the spread of COVID–19, effective immediately and until further notice, all Chapter 13 11 U.S.C. § 341 Meetings will be conducted remotely via ZOOM. Debtors, counsel, creditors, and parties in interest SHOULD NOT APPEAR IN PERSON. Additional information is available at www.ch13ut.org.**

## To Debtors

In order for your § 341 Meeting to be conducted by Video Participation, you must do the following:

1. You and your attorney (if you have one) must fully complete the Zoom Videoconference Form ("Videoconference Form") found at www.ch13ut.org. The Videoconference Form should be uploaded via secure ShareFile to the Trustee's office no later than 7 days before your scheduled § 341 Meeting. In the case of joint debtors, each debtor must sign the Videoconference Form. In addition, you must attach to your returned Videoconference Form a copy of the documents stated in the Videoconference Form that you and your attorney used to verify your identification and social security number.

2. As part of your Video Participation, you or your attorney (if you have one) will be responsible for providing adequate hardware and software necessary to establish and maintain an approved connection for the § 341 Meeting. The device you use must have a camera and a microphone. You must also provide any information, including a current email address, requested by the Trustee necessary to establish and maintain the Zoom connection. Approximately 2 days before your scheduled § 341 Meeting, the Trustee's Office will send you and your attorney a link to your Zoom § 341 Meeting which you should use to join your § 341 Meeting at the scheduled time. Also, when your § 341 Meeting is conducted, you must be in a location which is free from excessive noise or disruption which would impede or interrupt your meeting of creditors or would prevent the creation of a record of the meeting. If any of these requirements are not satisfied, the Trustee or his representative may continue the meeting to a mutually convenient time for parties in attendance.

3. You must bring to the § 341 Meetings the documents used to verify your identification and social security number on the Videoconferencing Form. You may be asked to display them for the camera.

If you have any questions or concerns about appearing via videoconference, please contact your attorney (if you have one). Otherwise, please contact the Trustee's Office by using the Contact Form located at www.ch13ut.org or via email at utahtrusteemail@ch13ut.org.

## To Creditors

**If you are a creditor and would like to appear at the § 341 Meeting, please contact the Trustee's Office by using the Contact Form located at www.ch13ut.org or via email at utahtrusteemail@ch13ut.org.**

United States Bankruptcy Court

District of Utah

In re:     Case No. 21-24106-KRA
Julie Janae Wright     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: admin     Page 1 of 4
Date Rcvd: Sep 29, 2021     Form ID: 309I     Total Noticed: 104

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julie Janae Wright, 755 West 600 North, #8, Lindon, UT 84042-1217 |
| aty | + | Michael J. Reed, Watton Law Group, 311 South State Street, Suite 280, Salt Lake City, UT 84111-5278 |
| 11913752 | + | ABEO Mountain West Anesthesia, 150 Civic Center Drive, Suite 200, Sandy, UT 84070-4284 |
| 11913753 | | Alpine Medical Group LLC, PO Box 660827, Dallas, TX 75266-0827 |
| 11913757 | | BMG Home River, PO Box 520294, Salt Lake City, UT 84152-0294 |
| 11913756 | | Bariatric Medicine Institute, 1046 E 100 S, Salt Lake City, UT 84102-1520 |
| 11913760 | | Cash in Minutes, 424 Freedom Blvd 200 W, Provo, UT 84601-2811 |
| 11913762 | + | Consumer Cellular, PO Box 7175, Pasadena, CA 91109-7175 |
| 11913766 | | Credit Service of Oregon, PO Box 1208, Roseburg, OR 97470-0306 |
| 11913768 | | David Sorensen, PO Box 1118, Spanish Fork, UT 84660-7118 |
| 11913770 | | Edwin B Parry PC, PO Box 25727, Salt Lake City, UT 84125-0727 |
| 11913771 | + | Em Phys Integrated Care (EPIC), PO Box 96408, Oklahoma City, OK 73143-6408 |
| 11913774 | | Gold Cross Ambulance, PO Box 27768, Salt Lake City, UT 84127-0768 |
| 11913775 | + | Google Fiber, 1600 Amphitheatre Parkway, Mountain View, CA 94043-1351 |
| 11913776 | | Grandview Family Medical, 1900 North State Street, Provo, UT 84604-1341 |
| 11913778 | | Intermountain Central Laboratory, PO Box 57510, Salt Lake City, UT 84157-0510 |
| 11913779 | | Intermountain Healthcare, PO Box 27808, Salt Lake City, UT 84127-0808 |
| 11913780 | + | Intermountain Healthcare Patient Financi, PO Box 410400, Salt Lake City, UT 84141-0001 |
| 11913781 | + | Intermountain Medical Group, PO Box 27128, Salt Lake City, UT 84127-0128 |
| 11913783 | | J.D. Byrider, 3638 South State Street, Salt Lake City, UT 84115-4753 |
| 11913784 | | Jared L. Szymanski, PO Box 1442, Provo, UT 84603-1442 |
| 11913785 | + | Justin M. Myers, 1122 W South Jordan Parkway Suite A, South Jordan, UT 84095-5506 |
| 11913786 | | Karen Long, 512 West 440 North, Orem, UT 84057-3741 |
| 11913788 | + | LDS Hospital, 8th Ave C Street, Salt Lake City, UT 84143-0001 |
| 11913789 | + | Leavitt Insurance, 1443 W 800 N #101, Orem, UT 84057-2878 |
| 11913790 | + | Liberty Mutual, 9815 South Monroe Street Suite 105, Sandy, UT 84070-4297 |
| 11913791 | | Lori Findeis, 907 S Orem Blvd Suite A, Orem, UT 84058-5011 |
| 11913792 | + | Maurice Jenkins, 280 W Riverpark Dr Suite 360, Provo, UT 84604-5835 |
| 11913794 | + | Mohammed E. Taher, 41 N 400 W, Payson, UT 84651-2021 |
| 11913797 | | Mountain West Anesthesia, PO Box 3570, Salt Lake City, UT 84110-3570 |
| 11913801 | | NPAS Solutions, LLC, PO Box 2248, Maryland Heights, MO 63043-1048 |
| 11913803 | | Office of the Attorney General, 160 East 300 South Fifth Floor, PO Box 140874, Salt Lake City, UT 84114-0874 |
| 11913804 | + | Ok Finance and Rentals, 158 South State, Orem, UT 84058-5420 |
| 11913805 | + | Preferred Family Clinic, 1355 North University Avenue Suite 200, Provo, UT 84604-2721 |
| 11913806 | | Prime Acceptance Corporation, PO Box 768, Sandy, UT 84091-0768 |
| 11913808 | + | Progessive Leasing, 256 West Date Drive, Draper, UT 84020-2315 |
| 11913809 | + | Quinn M. Kofford, Esq., PO Box 1425, American Fork, UT 84003-6425 |
| 11913810 | + | Qwest Corp dba CenturyLink, 1025 El Dorado Blvd Attn: Legal-Bky, Broomfield, CO 80021-8254 |
| 11913811 | + | Radius Global Solutions, P.O. Box 390916, Minneapolis, MN 55439-0911 |
| 11913813 | + | Redrock Sprn, 1190 North Main, Springville, UT 84663-4003 |
| 11913816 | | Revere Health, PO Box 27928, Salt Lake City, UT 84127-0928 |
| 11913817 | + | Riverwood Urgent Care, 280 West Riverpark Drive Suite 120, Provo, UT 84604-5796 |
| 11913818 | + | Riverwoods Oral, 280 West River Park Drive Suite 360, Provo, UT 84604-5835 |
| 11913819 | | Salt Lake Regional Medical Center, PO Box, Salt Lake City, UT 84127 |

Case 21-24106 Doc 11 Filed 10/01/21 Entered 10/01/21 22:23:41 Desc Imaged
Certificate of Notice Page 5 of 7

| District/off: 1088-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 29, 2021 | Form ID: 309I | Total Noticed: 104 |

| | | |
|---|---|---|
| 11913822 | + | Shelly Savage, dba Grandview Family Medicine, 1900 N State St, Provo, UT 84604-1341 |
| 11913824 | + | Southwest Spine and Pain Care Specialist, 652 South Medical Center Drive, Suite 11, Saint George, UT 84790-7049 |
| 11913825 | #+ | Spay and Neuter, 160 East 4800 South, Salt Lake City, UT 84107-3830 |
| 11913826 | + | Stellar Recovery Inc., 1327 US Hwy 2 West, Suite 100, Kalispell, MT 59901-3531 |
| 11913827 | + | Stonehaven Dental Group Provo, 1355 North Unversity Avenue Suite 330, Provo, UT 84604-2721 |
| 11913828 | + | Sunrise LA, 5105 S Crossing PL STE 1, Sioux Falls, SD 57108-5005 |
| 11913830 | + | The CBE Group, PO Box 126, Waterloo, IA 50704-0126 |
| 11913831 | + | The Cherrington Firm, PLLC, 746 E. 1910 S. Suite #3, Provo, UT 84606-6225 |
| 11913833 | + | Timberline Financial Inc., 369 East State Road, Pleasant Grove, UT 84062-3616 |
| 11913834 | + | Timpanogos Regional Medical Center, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 11913837 | ++ | UHEAA, PO BOX 145108, SALT LAKE CITY UT 84114-5108 address filed with court:, UHEAA, PO Box 145108, Salt Lake City, UT 84114-5108 |
| 11913838 | | United Healthcare, PO Box 1459, Minneapolis, MN 55440-1459 |
| 11913839 | | University Hospital, PO Box 511258, Los Angeles, CA 90051-7813 |
| 11913842 | | Utah Higher Education/ Dept. of ED, P.O. Box 145110, Salt Lake City, UT 84114-5110 |
| 11913845 | + | Utah Valley Emergency Physicians, PO Box 26974, Salt Lake City, UT 84126-0974 |
| 11913846 | + | Utah Valley Regional Medical Center, 1034 North 500 West, Provo, UT 84604-3380 |
| 11913849 | + | Wasatch Motor Credit, 1960 North State Street, Provo, UT 84604-1305 |
| 11913851 | | West Jordan Fire Department, 1717 South Redwood road, PO Box 27768, Salt Lake City, UT 84127-0768 |

TOTAL: 62

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| aty | | Email/Text: ahermann@wattongroup.com | Sep 29 2021 23:45:00 | Michael Watton, Watton Law Group, 301 West Wisconsin Avenue, 5th Floor, Milwaukee, WI 53203 |
| tr | + | Email/Text: bnc@ch13ut.org | Sep 29 2021 23:46:00 | Lon Jenkins tr, 405 South Main Street, Suite 600, Salt Lake City, UT 84111-3408 |
| 11913755 | | EDI: ATLASACQU | Sep 30 2021 03:43:00 | Atlas Acquisitions LLC, 294 Union Street, Hackensack, NJ 07601 |
| 11913754 | + | EDI: ACBK.COM | Sep 30 2021 03:43:00 | American Credit Acceptance, 961 East Main Street, Spartanburg, SC 29302-2185 |
| 11913761 | | EDI: CCS.COM | Sep 30 2021 03:43:00 | CCS, PO Box 55126, Boston, MA 02205-5126 |
| 11913759 | | EDI: CAPITALONE.COM | Sep 30 2021 03:43:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 11913758 | + | EDI: CAPITALONE.COM | Sep 30 2021 03:43:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 11913763 | | Email/Text: ebnnotifications@creditacceptance.com | Sep 29 2021 23:45:00 | Credit Acceptance Corp, PO Box 5070, Southfield, MI 48086-5070 |
| 11913764 | + | EDI: CCS.COM | Sep 30 2021 03:43:00 | Credit Collection Services, Two Wells Ave., Dept. AMFA, Newton, MA 02459-3225 |
| 11913765 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 30 2021 00:01:57 | Credit One Bank, 6801 South Cimarron Road, Las Vegas, NV 89113-2273 |
| 11913767 | + | Email/Text: bankruptcy@kornerstonecredit.com | Sep 29 2021 23:46:00 | Crest Financial, 61 West 13490 South, Draper, UT 84020-7209 |
| 11913769 | | Email/Text: legal-notices@earnin.com | Sep 29 2021 23:45:00 | Earnin, 260 Sheridan Ave, Palo Alto, CA 94306 |
| 11913772 | + | Email/Text: bankruptcy@expressrecovery.com | Sep 29 2021 23:46:00 | Express Recovery Services, 2790 South Decker Lake Drive, Salt Lake City, UT 84119-2057 |
| 11913773 | + | EDI: AMINFOFP.COM | Sep 30 2021 03:43:00 | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 11913777 | | EDI: IIC9.COM | Sep 30 2021 03:43:00 | I.C. System Collections, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 11913782 | | EDI: IRS.COM | | |

Case 21-24106  Doc 11  Filed 10/01/21  Entered 10/01/21 22:23:41  Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 1088-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 29, 2021 | Form ID: 309I | Total Noticed: 104 |

| | | | |
|---|---|---|---|
| | | Sep 30 2021 03:43:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 11913787 | + Email/Text: bureauknight@yahoo.com | Sep 29 2021 23:46:00 | Knight Adjustment Bureau, 5525 South 900 East, Suite 215, Salt Lake City, UT 84117-3500 |
| 11913793 | + EDI: PARALONMEDCREDT | Sep 30 2021 03:43:00 | Medicredit, PO Box 1629, Maryland Heights, MO 63043-0629 |
| 11913795 | + Email/Text: wendy@mountainlandcollections.com | Sep 29 2021 23:46:00 | Mountain Land Collection, PO Box 1280, American Fork, UT 84003-6280 |
| 11913796 | Email/Text: alcmlcbks@gmail.com | Sep 29 2021 23:46:00 | Mountain Loan Centers, Inc., PO Box 182, Provo, UT 84603-0182 |
| 11913802 | Email/Text: ecfbankruptcy@progleasing.com | Sep 29 2021 23:46:00 | NPRTO West, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 11913798 | EDI: NAVIENTFKASMSERV.COM | Sep 30 2021 03:43:00 | Navient, P.O. Box 9655, Wilkes Barre, PA 18773-9655 |
| 11913799 | + Email/Text: electronicbkydocs@nelnet.net | Sep 29 2021 23:46:00 | Nelnet Loan Services Inc., P.O. Box 82561, Lincoln, NE 68501-2561 |
| 11913800 | + Email/Text: bkclerk@north-american-recovery.com | Sep 29 2021 23:46:00 | North American Recovery, 1600 West 2200 South, Suite 410, Salt Lake City, UT 84119-7240 |
| 11913807 | + Email/Text: bknotices@professionalcredit.com | Sep 29 2021 23:46:00 | Professional Credit Services, 400 INTERNATIONAL WY, Springfield, OR 97477-7004 |
| 11913812 | Email/Text: MGIBBONS@REDROCKLOANS.NET | Sep 29 2021 23:46:00 | Red Rock Financial, 451 South Main #2, Springville, UT 84663 |
| 11913814 | Email/Text: bankruptcy@rentacenter.com | Sep 29 2021 23:46:00 | Rent A Center/Get It Now, 5501 Headquarters Drive, Plano, TX 75024-5845 |
| 11913815 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2021 00:01:40 | Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 11913821 | Email/Text: Bankruptcy.Noticing@Security-Finance.com | Sep 29 2021 23:46:00 | SFC Central Bankruptcy, PO Box 1893, Spartanburg, SC 29304-1893 |
| 11913820 | + Email/Text: Bankruptcy.Noticing@Security-Finance.com | Sep 29 2021 23:46:00 | Security Finance, 181 Security Place, Spartanburg, SC 29307-5450 |
| 11913823 | + EDI: SWCR.COM | Sep 30 2021 03:43:00 | Southwest Credit, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 11913829 | EDI: AIS.COM | Sep 30 2021 03:43:00 | T-Mobile, c/o American InfoSource LP, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 11913832 | + Email/Text: Bankruptcies@cullimore.net | Sep 29 2021 23:46:00 | The Law Offices of Kirk A. Cullimore LLC, 12339 South 800 East, Suite 100, Draper, UT 84020-8373 |
| 11913835 | + Email/Text: bknotices@lac77.com | Sep 29 2021 23:46:00 | Titanium Funds, 3081 South State Street, Salt Lake City, UT 84115-3832 |
| 11913836 | Email/Text: BankruptcyNotices@titlemax.com | Sep 29 2021 23:46:00 | TitleMax of Utah, Inc. d/b/a TitleMax, 15 Bull Street, Suite 200, Savannah, GA 31401-2686 |
| 11913841 | EDI: USBANKARS.COM | Sep 30 2021 03:43:00 | US Bank, PO Box 5229, Cincinnati, OH 45201-5229 |
| 11913840 | + Email/Text: collections@healthcare.utah.edu | Sep 29 2021 23:46:00 | University of Utah Healthcare, 127 South 500 East Suite 100, Salt Lake City, UT 84102-1975 |
| 11913843 | + Email/Text: utahmoneystore@gmail.com | Sep 29 2021 23:46:00 | Utah Money Center of Provo, 363 North Unversity Avenue Suite 105A, Provo, UT 84601-5732 |
| 11913844 | + EDI: UTAHTAXCOMM.COM | Sep 30 2021 03:43:00 | Utah State Tax Commission, Taxpayer Services Division, 210 North 1950 West, Salt Lake City, UT 84134-9000 |

Case 21-24106 Doc 11 Filed 10/01/21 Entered 10/01/21 22:23:41 Desc Imaged
Certificate of Notice Page 7 of 7

| District/off: 1088-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 29, 2021 | Form ID: 309I | Total Noticed: 104 |

| 11913847 | + Email/Text: ebn@vantagesourcing.com | Sep 29 2021 23:46:00 | Vantage Sourcing LLC, 4930 West State Hwy 52 Suite 1, Dothan, AL 36305-9102 |
| 11913848 | + EDI: VERIZONCOMB.COM | Sep 30 2021 03:43:00 | Verizon Wireless, P.O. Box 650051, Dallas, TX 75265-0051 |
| 11913850 | + EDI: BLUESTEM | Sep 30 2021 03:43:00 | WebBank, 6250 Ridgerood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 01, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lon Jenkins tr | ecfmail@ch13ut.org lneebling@ch13ut.org |
| Michael Watton | on behalf of Debtor Julie Janae Wright ahermann@wattongroup.com |
| Michael J. Reed | on behalf of Debtor Julie Janae Wright maloneymr67557@notify.bestcase.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 4