Michael J. Watton (15806)
Michael J. Reed (15717)
Watton Law Group
301 West Wisconsin Avenue, Fifth Floor
Milwaukee, WI 53203
Tel: 801-363-0130
Fax: 801-363-0891
Email: wlgslc@wattongroup.com
Attorneys for the Debtor

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| In re: Julie Janae Wright,<br><br>Debtor. | Case No. 21-24106<br><br>Chapter 13<br><br>Hon. Kevin R. Anderson |
|---|---|
| **DEBTOR'S OBJECTION TO TRUSTEE'S MOTION TO DISMISS** ||

Debtor, through undersigned Counsel hereby objects to the Motion to Dismiss filed by the Trustee based upon the following:

1. Debtor was unable to attend her Meeting of Creditors to due a personal matter that arose.

2. Detor shall forthwith make her plan payment to the Trustee and requests that the hearing be rescheduled so that she has an opportunity to appear.

Wherefore, Debtor requests that the Motion to Dismiss be denied and an Order Sustaining the Debtor's Objection be entered.

Dated: November 24, 2021

Watton Law Group

/s/ Michael J. Watton
Michael J. Watton
Michael J. Reed
Attorneys for the Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 24, 2021, I electronically filed the foregoing Debtor's Objection to Motion to Dismiss with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users.

> Chapter 13 Trustee: ecfmail@ch13ut.org
> U.S. Trustee's Office: USTPRegion19.SK.ECF@usdoj.gov

/s/ Ashley Hermann, Paralegal for Watton Law Group